1    JS-6

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   **J & J SPORTS PRODUCTIONS,**          Case No. 2:13-CV-08941-WDK (PLAx))
     **INC.,**
12
                                            **JUDGMENT**
13           Plaintiff,

14           v.

15   **HUGO ERNESTO VANEGAS,**
     **individually and d/b/a HOWIE'S**
16   **GRILL & BAR; and MARISCOS**
     **PUERTO PLAZA, MEXICAN**
     **RESTAURANT, INC., an**
17   **unknown business entity d/b/a**
     **HOWIE'S GRILL & BAR,**
18
             Defendants.
19

20

21          The Application of J & J Sports Productions, Inc. for the entry of Default

22   Judgment as to defendants Hugo Ernesto Vanegas, individually and d/b/a Howie's

23   Grill & Bar, and Mariscos Puerto Plaza, Mexican Restaurant, Inc., an unknown

24   business entity d/b/a Howie's Grill & Bar, having come before the Court, and the

25   Court having found that the entry of a Default Judgment is appropriate,

26          IT IS HEREBY ORDERED AND ADJUDGED:

27          1. Judgment in this case is granted in favor of the plaintiff J & J Sports

28   Productions, Inc. against defendants Hugo Ernesto Vanegas, individually and

d/b/a Howie's Grill & Bar, and Mariscos Puerto Plaza, Mexican Restaurant, Inc.,
an unknown business entity d/b/a Howie's Grill & Bar, as follows:

(a)    defendants Hugo Ernesto Vanegas, individually and d/b/a Howie's
Grill & Bar, and Mariscos Puerto Plaza, Mexican Restaurant, Inc., an unknown
business entity d/b/a Howie's Grill & Bar, shall pay the plaintiff, J & J Sports
Productions, Inc., $7,700.00 in total damages plus attorneys' fees in the amount of
$970.00 plus costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by
United States mail or by telefax or by email, copies of this Order on counsel in
this matter.

Dated: October 14, 2014

_____
William Keller
United States District Judge

- 2 -